UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff-Appellee,<br><br>v.<br><br>JUAN MANUEL CASTRO,<br><br>       Defendant-Appellant. | No.   16-50074<br><br>D.C. No.<br>3:15-cr-01793-LAB-1<br><br><br>ORDER |

Before: REINHARDT, KOZINSKI, and CHRISTEN, Circuit Judges.

The memorandum disposition, filed on August 22, 2017, is amended as follows: On page 2, lines 15–16, the phrase "because there was sufficient evidence of the chain of custody without these documents" is deleted.

With the foregoing amendment, Appellant's petition for panel rehearing, filed October 5, 2017, is DENIED. The panel votes to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc, filed the same date, is DENIED. No future petitions shall be entertained.